UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIJA-LIISA YOUNG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NATIONSTAR, LLC, and DOES 1-20, inclusive,<br><br>　　　　Defendants. | No.　CIV. S-13-2512 LKK/EFB<br><br><br>**ORDER** |

　　　Pending before the court in the above-captioned case is defendant's motion to dismiss, currently set for hearing on March 17, 2014. (ECF No. 7.) Under Local Rule 230(c), plaintiff was required to file an opposition or statement of non-opposition no later than March 3, 2014. Plaintiff violated this requirement by filing an untimely opposition.

　　　Accordingly, the court hereby orders as follows:

　　　[1] The hearing on the motion to dismiss, currently scheduled for March 17, 2014, is CONTINUED to April 7, 2014 at 10:00 a.m. in Courtroom 4.

1

[2] As a sanction for plaintiff's late filing, defendant is GRANTED an additional week to file a reply brief. Defendant may file its reply, if any, no later than March 17, 2014 at 4:30 p.m.

IT IS SO ORDERED.

DATED: March 5, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT