1  MCGUIREWOODS LLP
   ALISON V. LIPPA SBN #160807
2  1800 Century Park East, 8th Floor
   Los Angeles, CA  90067-1501
3  Telephone:  310.315.8200
   Facsimile:  310.315.8210
4
   Attorneys for Defendant
5  NATIONSTAR MORTGAGE LLC (erroneously sued herein as "Nationstar, LLC")

6

7

8                    UNITED STATES DISTRICT COURT

9           EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

10

11 | MAIJA-LIISA YOUNG,                | CASE NO. 2:13-cv-02512-LKK-(EFB)

12 |         Plaintiff,                | [Assigned to the Hon. Lawrence K. Karlton in Courtroom 4]

13 |     vs.                           |

14 | NATIONSTAR, LLC; and DOES 1-20, inclusive, | **ORDER GRANTING STIPULATED REQUEST TO EXTEND THE TIME IN WHICH TO FILE DISPOSITIONAL DOCUMENTS**

15 |         Defendants.                |

16

17                                     Complaint Filed:   October 31, 2013
18                                     Trial Date:        None Set

19

20      This matter is before the Court regarding the Joint Stipulation of Plaintiff MAIJA-LIISA

21 YOUNG ("Plaintiff") and Defendant NATIONSTAR MORTGAGE, LLC ("Defendant") for

22 additional time to file dispositional documents after settlement.

23      Having considered the stipulated request presented, it appears that good cause exists to

24 grant the parties' request for an additional 30 days to complete the short sale and other terms of

25

26 settlement, and file the requested dispositional documents.

27 / / /

28 / / /

                                                    1

1  THEREFORE, IT IS HEREBY ORDERED that

2      1.    The parties' deadline by which to file dispositional documents in this case after

3  settlement is extended to May 30, 2014.

4      2.    Each party will bear its own attorneys' fees and costs associated with this case.

5      IT IS SO ORDERED.

7  DATED:  May 2, 2014.

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1800 Century Park East, 8th Floor, Los Angeles, CA 90067-1501.

On April 30, 2014, I served the following document(s) described as **[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXTEND THE TIME IN WHICH TO FILE DISPOSITIONAL DOCUMENTS** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Janice D. Dudensing, Esq. | Attorneys for Plaintiff |
| Christopher S. Buckley, Esq. | MAIJA-LIISA YOUNG |
| DUDENSING/BUCKLEY | |
| 925 G Street | |
| Sacramento, CA 95814 | |
| Tel: (916) 448-3122 | |
| Fax: (916) 244-0180 | |

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, CA, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013(a)(3))

☒ **ELECTRONICALLY VIA THE COURT'S CM/ECF SYSTEM**

☐ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder. (C.C.P. § 1013(d)(e))

☐ **BY HAND DELIVERY:** I delivered such envelope(s) by hand to the office of the addressee(s). (C.C.P. § 1011(a)(b))

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 30, 2014, at Los Angeles, CA.

 */s/ Mark Betti*
Mark Betti

1
CERTIFICATE OF SERVICE