1  MCGUIREWOODS LLP
   ALISON V. LIPPA SBN #160807
2  1800 Century Park East, 8th Floor
   Los Angeles, CA  90067-1501
3  Telephone:  310.315.8200
   Facsimile:  310.315.8210
4
   Attorneys for Defendant
5  NATIONSTAR MORTGAGE LLC (erroneously sued herein as "Nationstar, LLC")

6

7

8                   UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

10

| 11 | MAIJA-LIISA YOUNG, | CASE NO. 2:13-cv-02512-LKK-(EFB) |
|---|---|---|
| 12 | Plaintiff, | [Assigned to the Hon. Lawrence K. Karlton in Courtroom 4] |
| 13 | vs. | |
| 14 | NATIONSTAR, LLC; and DOES 1-20, inclusive, | **ORDER GRANTING STIPULATED REQUEST THAT THE CASE BE DISMISSED WITH PREJUDICE** |
| 15 | Defendants. | |
| 16 | | **[Fed. R. Civ. P. Rule 41(a)]** |
| 17 | | |
| 18 | | Date:  TBA<br>Time:  TBA<br>Ctrm.:  4 |
| 19 | | |
| 20 | | Complaint Filed:  October 31, 2013<br>Trial Date:  None Set |

21
       This matter is before the Court regarding the Joint Stipulation of Plaintiff MAIJA-LIISA
22
   YOUNG ("Plaintiff") and Defendant NATIONSTAR MORTGAGE, LLC ("Defendant") to
23
   dismiss this case with prejudice after settlement.
24
       Having considered the Joint Stipulation presented, it appears that good cause exists to
25
   dismiss this case with prejudice.
26
   / / /
27
   / / /
28

                                              1
   [PROPOSED] ORDER GRANTING STIPULATED REQUEST THAT CASE BE DISMISSED WITH PREJUDICE

THEREFORE, IT IS HEREBY ORDERED that

1. The case is dismissed with prejudice after settlement.

2. Each party will bear its own attorneys' fees and costs associated with this case.

**IT IS SO ORDERED.**

DATED: June 2, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2014, I electronically transmitted the foregoing document entitled **[PROPOSED] ORDER GRANTING STIPULATED REQUEST THAT THE CASE BE DISMISSED WITH PREJUDICE** to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 2, 2014, at Los Angeles, California.


*/s/ Alison V. Lippa*
Alison V. Lippa
Attorney for Defendant
NATIONSTAR MORTGAGE, LLC